# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ANTHONY THOMAS, JR.                                                                                          PLAINTIFF

V.                                              4:09CV00020 JMM/JTR

KARL BYRD, Sheriff,
Faulkner County Detention Center, et al.                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED, WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 9th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE